JOSEPH W. SWANSON (*pro hac vice* pending)
joe.swanson@foley.com
FOLEY & LARDNER LLP
100 N. TAMPA STREET, SUITE 2700
TAMPA, FL 33602
TELEPHONE: 813.229.2300
FACSIMILE: 813.221.4210

MASON D. ROBERTS (admitted *pro hac vice*)
mroberts@foley.com
FOLEY & LARDNER LLP
321 N. CLARK STREET, SUITE 3000
CHICAGO, ILLINOIS 60654
TELEPHONE: 312.832.4500
FACSIMILE: 312.832.4700

BROOKE CLARKE, CA Bar No. 353511
bclarke@foley.com
FOLEY & LARDNER LLP
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant FUTURHEALTH, INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

REBECCA HICKEY, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

FUTURHEALTH, INC.,

Defendant.

Case No. 3:25-cv-03051-H-DDL

**DEFENDANT FUTURHEALTH, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS CLASS ACTION COMPLAINT OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**

Date: February 23, 2026
Time: 10:30 a.m.
Place: Courtroom 12A
Judge: Hon. Marilyn L. Huff

Case Filed: November 7, 2025

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD.**

**PLEASE TAKE NOTICE THAT** on February 23, 2026, at 10:30 A.M., or as soon thereafter as this matter may be heard, in courtroom of the Honorable Marilyn L. Huff at the United States District Court for the Southern District of California, Courtroom 12A, 221 West Broadway, San Diego, CA 92101, Defendant FuturHealth, Inc. will move and hereby does move this Court for an order dismissing Plaintiff Rebecca Hickey's Class Action Complaint, or, in that alternative, an order compelling arbitration of any and all surviving claims.

This Motion is based on this Notice of Motion and Motion and the Memorandum of Points and Authorities, all filings and pleadings in this action, and all filings and on such other and further matters as the Court may consider.

DATED this 16th day of January, 2026.

Respectfully submitted,

FOLEY & LARDNER LLP

By: s/ *Brooke Clarke*

Brooke Clarke
E-mail: bclarke@foley.com

Joseph W. Swanson (*pro hac vice* pending)
E-mail: joe.swanson@foley.com

Mason D. Roberts (admitted *pro hac vice*)
E-mail: mroberts@foley.com

*Attorneys for Defendant FuturHealth, Inc.*