**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

REBECCA HICKEY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FUTUREHEALTH, INC.,

Defendant.

Case No.: 25-cv-03051-H-DDL

**ORDER SUBMITTING MOTION TO DISMISS**

On January 16, 2026, Defendant Futurehealth, Inc. filed a motion to dismiss Plaintiff Rebecca Hickey's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, or, in the alternative, to compel arbitration. (Doc. No. 10.) A hearing on Defendant's motion to dismiss is currently scheduled for Monday, May 11, 2026 at 10:30 a.m. The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing.

**IT IS SO ORDERED.**

DATED: May 4, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT