**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

REBECCA HICKEY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FUTURHEALTH, INC.,

Defendant.

Case No.: 25-cv-03051-H-DDL

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT WITHOUT PREJUDICE AS MOOT IN LIGHT OF SETTLEMENT**

[Doc. No. 35.]

On August 10, 2026, Defendant Futurhealth, Inc. filed a motion to dismiss Plaintiff Rebecca Hickey's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, or, in the alternative, to compel arbitration. (Doc. No. 35.) A hearing on Defendant's motion to dismiss is currently scheduled for Monday, October 5, 2026 at 10:30 a.m.

On September 18, 2026, Defendant filed a notice withdrawing its motion to dismiss the first amended complaint. (Doc. No. 36.) In the notice, Defendant states that its withdrawal is being made without prejudice pursuant to an informal settlement agreement that has been reached between it and Plaintiff, resolving the underlying dispute in this action. (Id.) In light of the parties' settlement, the Court denies Defendant's motion to dismiss Plaintiff's first amended complaint without prejudice as moot. The October 5,

2026 hearing is vacated. In addition, the Court orders the Magistrate Judge to schedule a settlement disposition conference in the case.

**IT IS SO ORDERED.**

DATED: September 21, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT